IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02271-CMA-MEH

DARREL ALAN HYBERG, JR.,

    Petitioner,

v.

KEVIN MILYARD, and
COLORADO ATTORNEY GENERAL,

    Defendants.

## ORDER

This matter is before the Court *sua sponte*.

It is hereby ORDERED that on or before February 22, 2010, the Clerk of the 4th Judicial District Court in El Paso County, Colorado, shall provide to this Court the original written record of El Paso County Case No. 01CR2042, *People v. Darrel Alan Hyberg, Jr.*

It is further ORDERED that the Clerk of the Court shall serve a copy of this Order on the Clerk of the 4th Judicial District Court by facsimile to (719) 448-7685 and by regular mail to Clerk of the 4th Judicial District Court, P.O. Box 2980, Colorado Springs, CO 80901-2980.

Dated this 22nd day of January, 2010, in Denver, Colorado.

                                      BY THE COURT:

                                      s/ Michael E. Hegarty
                                      Michael E. Hegarty
                                      United States Magistrate Judge