IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02271-CMA-MEH

DARREL ALAN HYBERG, JR.,

    Petitioner,

v.

KEVIN MILYARD, and
COLORADO ATTORNEY GENERAL,

    Defendants.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 8, 2011.**

    Petitioner's Motion Seeking Status of Case [filed March 3, 2011; docket #34] is **granted** as follows. At this time, the Court does not consider this matter "abandoned" by Petitioner. Petitioner's Section 2254 application remains pending before the Court.