**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 24 2013

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

CIVIL ACTION NO. 09-cv-02271 CMA

DARREL ALAN HYBERG, JR.

    Petitioner,

vs.

KEVIN MILYARD, Warden, Sterling Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

### ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above-captioned case is now final. It is, therefore,

ORDERED that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this __24th__ day of July, 2013.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02271 CMA

El Paso County District Court
270 S. Tejon
Colorado Springs, CO 80901

Darrel Alan Hyberg, Jr.
# 117079
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751

John D. Seidel - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on   07/24/2013  .

                    JEFFREY P. COLWELL, CLERK

                    By: s/ D. Berardi
                          Deputy Clerk